■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL THOMPSON, Appellant. [887 NYS2d 868]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Kase, J.), rendered June 12, 2007, convicting him of robbery in the first degree (two counts), and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to support his convictions of robbery in the first degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Santucci, J.P., Chambers, Hall and Roman, JJ., concur.